UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANGEL PEREZ, *on behalf of himself and other similarly situated in the proposed FLSA Collective Action*,

                *Plaintiff*,

– against –

66 MEAT CORP., 50-01 MEAT CORP., 205 MEAT CORP., 509 MEAT CORP., AMEED MUJALLI, MOHAMMAD MUJALLI,

                *Defendants*.

**ORDER**
22-cv-7003 (NCM) (JAM)

---

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") on the instant case dated May 28, 2024, from the Honorable Joseph A. Marutollo, United States Magistrate Judge. No objections have been filed. The Court reviews "*de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-cv-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error.

Accordingly, the Court fully adopts Judge Marutollo's R&R and (i) strikes the confidentiality clause from the proposed settlement agreement but (ii) otherwise approves the proposed settlement as a fair and reasonable compromise of plaintiff's claims under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

**SO ORDERED**.

                                                                      /s/ Natasha C. Merle
                                                                      NATASHA C. MERLE
                                                                      United States District Judge

Dated:       June 24, 2024
              Brooklyn, New York